**STATE of Missouri, Respondent,**

v.

**George E. SIMPSON, Appellant.**

**No. WD 36590.**

Missouri Court of Appeals, Western District.

June 24, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied Sept. 16, 1986.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Paul La-Rose, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and TURNAGE, and GAITAN, JJ.

## ORDER

PER CURIAM.

Appeal from convictions of robbery in the first degree, § 569.020, RSMo. 1978, and armed criminal action, § 571.015 RSMo 1978, and respective sentences of ten years'

and three years' imprisonment, to run concurrently.

Judgment affirmed. Rule 30.25(b).